# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HARRIS, ANITA | § Case No. 10-76332 |
| | § |
|     LEU, ANITA | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 30, 2010. The undersigned trustee was appointed on February 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        5,168.21

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4.36 |
| Bank service fees | 9.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 5,153.95 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/10/2011 and the deadline for filing governmental claims was 05/10/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,266.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,266.82, for a total compensation of $1,266.82.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2011          By:/s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 10-76332 | Trustee: | (330420) | JAMES E. STEVENS |
| --- | --- | --- | --- | --- |
| Case Name: | HARRIS, ANITA | Filed (f) or Converted (c): | 12/30/10 (f) | |
| | | §341(a) Meeting Date: | 02/03/11 | |
| Period Ending: 08/16/11 | | Claims Bar Date: | 05/10/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 5148 Diane Ct Rockford, IL<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 97,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | PNC Bank Bank - checking account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | PNC Bank - savings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Riverside Community Bank - checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Named on 89- year old grandmother's account for<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Custodian for minor son's college savings accoun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal complement of household goods<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. musical equipment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | State Farm - Term insurance (minor son is benefi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | DA | 0.00 | FA |
| 11 | Potential 2010 tax refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 3,300.00 | DA | 5,168.00 | FA |
| 12 | 2010 Hyundai Accent<br>Orig. Asset Memo: Imported from original petition | 13,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-76332  
Case Name: HARRIS, ANITA  
Period Ending: 08/16/11

Trustee: (330420) JAMES E. STEVENS  
Filed (f) or Converted (c): 12/30/10 (f)  
§341(a) Meeting Date: 02/03/11  
Claims Bar Date: 05/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Doc# 1<br>Home computer<br>Orig. Asset Memo: Imported from original petition | 100.00 | 100.00 | DA | 0.00 | FA |
| 14 | Doc# 1<br>1 cat<br>Orig. Asset Memo: Imported from original petition | 20.00 | 20.00 | DA | 0.00 | FA |
| Int | Doc# 1<br>INTEREST (u) | Unknown | N/A | | 0.21 | FA |
| 15 | Assets  Totals (Excluding unknown values) | $118,021.00 | $3,521.00 | | $5,168.21 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): August 1, 2011     Current Projected Date Of Final Report (TFR): August 16, 2011 (Actual)

Printed: 08/16/2011 09:31 AM  V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-76332 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | HARRIS, ANITA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-65 - Money Market Account |
| Taxpayer ID #: | **-***9870 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 08/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/11 | {11} | Anita M. Harris | income tax refund 2010 | 1124-000 | 5,168.00 | | 5,168.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,168.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,168.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,168.11 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76332, Bond #016018067 | 2300-000 | | 4.36 | 5,163.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,163.79 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,163.83 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.90 | 5,153.93 |
| 08/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.02 | | 5,153.95 |
| 08/16/11 | | To Account #9200******7666 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 5,153.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,168.21 | 5,168.21 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,153.95 | |
| | | | Subtotal | | 5,168.21 | 14.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,168.21 | $14.26 | |

{} Asset reference(s)                                                                                                              Printed: 08/16/2011 09:31 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-76332 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | HARRIS, ANITA | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******76-66 - Checking Account |
| Taxpayer ID #: | **-***9870 | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 08/16/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/11 | | From Account #9200******7665 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 5,153.95 | | 5,153.95 |
| | | | ACCOUNT TOTALS | | 5,153.95 | 0.00 | $5,153.95 |
| | | | Less: Bank Transfers | | 5,153.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******76-65 | 5,168.21 | 14.26 | 0.00 |
| Checking # 9200-******76-66 | 0.00 | 0.00 | 5,153.95 |
| | $5,168.21 | $14.26 | $5,153.95 |

{} Asset reference(s)          Printed: 08/16/2011 09:31 AM   V.12.57

Printed: 08/16/11 09:31 AM         **Claims Distribution Register**         Page: 1

### Case: 10-76332   HARRIS, ANITA

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/30/10 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 756.00 | 756.00 | 0.00 | 756.00 | 756.00 |
| | 12/30/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 1,266.82 | 1,266.82 | 0.00 | 1,266.82 | 1,266.82 |
| | | | Total for Priority 200:   100% Paid | $2,022.82 | $2,022.82 | $0.00 | $2,022.82 | $2,022.82 |
| | | | Total for Admin Ch. 7 Claims: | $2,022.82 | $2,022.82 | $0.00 | $2,022.82 | $2,022.82 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/16/11 | 610 | Commerce Bank<br>PO BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 7,385.28 | 7,385.28 | 0.00 | 7,385.28 | 623.90 |
| 2 | 02/25/11 | 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 4,999.32 | 4,999.32 | 0.00 | 4,999.32 | 422.33 |
| 3 | 03/07/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 3,566.99 | 3,566.99 | 0.00 | 3,566.99 | 301.33 |
| 4 | 05/05/11 | 610 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 10,054.08 | 10,054.08 | 0.00 | 10,054.08 | 849.35 |
| 5 | 05/05/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 11,058.80 | 11,058.80 | 0.00 | 11,058.80 | 934.22 |
| 6 | 05/05/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>Order to Disallow Proof of Claim No. 6 entered on 8/10/2011 | 11,588.45 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | Total for Priority 610:   8.44779% Paid | $48,652.92 | $37,064.47 | $0.00 | $37,064.47 | $3,131.13 |
| | | | Total for Unsecured Claims: | $48,652.92 | $37,064.47 | $0.00 | $37,064.47 | $3,131.13 |

(*) Denotes objection to Amount Filed

Printed: 08/16/11 09:31 AM                  **Claims Distribution Register**                              Page: 2

Case: 10-76332  HARRIS, ANITA

/ Memo

Total for Case :          $50,675.74       $39,087.29        $0.00      $39,087.29       $5,153.95

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-76332
Case Name: HARRIS, ANITA
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 5,153.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,153.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,266.82 | 0.00 | 1,266.82 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 756.00 | 0.00 | 756.00 |

Total to be paid for chapter 7 administration expenses: $ 2,022.82
Remaining balance: $ 3,131.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,131.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,131.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $37,064.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 7,385.28 | 0.00 | 623.90 |
| 2 | Capital One Bank (USA), N.A. | 4,999.32 | 0.00 | 422.33 |
| 3 | Chase Bank USA, N.A. | 3,566.99 | 0.00 | 301.33 |
| 4 | PNC BANK | 10,054.08 | 0.00 | 849.35 |
| 5 | FIA Card Services, NA/Bank of America | 11,058.80 | 0.00 | 934.22 |

Total to be paid for timely general unsecured claims: $ 3,131.13
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)