**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HARRIS, ANITA § Case No. 10-76332 | |
| § | |
| LEU, ANITA § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/21/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/16/2011          By:  /s/JAMES E. STEVENS
                                           Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HARRIS, ANITA | § | Case No. 10-76332 |
| | § | |
| LEU, ANITA | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,168.21 |
| *and approved disbursements of* | $ 14.26 |
| *leaving a balance on hand of* [1] | $ 5,153.95 |
| **Balance on hand:** | $ 5,153.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,153.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,266.82 | 0.00 | 1,266.82 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 756.00 | 0.00 | 756.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,022.82 |
| Remaining balance: | $ 3,131.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,131.13 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 3,131.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,064.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 7,385.28 | 0.00 | 623.90 |
| 2 | Capital One Bank (USA), N.A. | 4,999.32 | 0.00 | 422.33 |
| 3 | Chase Bank USA, N.A. | 3,566.99 | 0.00 | 301.33 |
| 4 | PNC BANK | 10,054.08 | 0.00 | 849.35 |
| 5 | FIA Card Services, NA/Bank of America | 11,058.80 | 0.00 | 934.22 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,131.13 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anita Harris  
    Debtor

Case No. 10-76332-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 1     Date Rcvd: Aug 30, 2011  
                      Form ID: pdf006    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2011.
```
db           +Anita Harris,    5148 Diane Ct,    Rockford, IL 61108-2374
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
16614716     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16614717     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
16871973      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
16614718     +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
16614719     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16923404      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16614721      Hyundia Motor Finance Co,    PO Box 20829,    Fountain Valley, CA 92728-0829
16614722     +PHH Mortgage,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
17234219     +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
16614723     +PNC Bank Card Svcs,    One NCC PKWY,    K-A16-2j,    Kalamazoo, MI 49009-8003
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16823084      E-mail/Text: bankruptcy@commercebank.com Aug 31 2011 03:43:13     Commerce Bank,    PO BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
16614720     +E-mail/Text: bankruptcy@commercebank.com Aug 31 2011 03:43:13     Commerce Bank,
               3930 S 147th St, Ste 200,    Omaha, NE 68144-5583
17237947      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2011 04:06:13
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16614724     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 31 2011 03:46:04     Regional Acceptance Corp,
               110 W. Randill Mill Rd Ste 100,    Arlington, TX 76011-4611
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2582
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**          **Signature:** _Joseph Speetjens_