**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HARRIS, ANITA § | Case No. 10-76332 |
| § | |
| LEU, ANITA § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $118,021.00              Assets Exempt: $21,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,131.13      Claims Discharged
                                                Without Payment: $33,933.34

Total Expenses of Administration: $2,037.08

---

3) Total gross receipts of $     5,168.21     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $5,168.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,700.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,037.08 | 2,037.08 | 2,037.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,825.00 | 48,652.92 | 37,064.47 | 3,131.13 |
| **TOTAL DISBURSEMENTS** | $160,525.00 | $50,690.00 | $39,101.55 | $5,168.21 |

  4)  This case was originally filed under Chapter 7 on December 30, 2010. The case was pending for 10 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 11/08/2011          By: /s/JAMES E. STEVENS
                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential 2010 tax refund | 1124-000 | 5,168.00 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | **$5,168.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PHH Mortgage | 4110-000 | 90,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundia Motor Finance Co | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$109,700.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,266.82 | 1,266.82 | 1,266.82 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 756.00 | 756.00 | 756.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.36 | 4.36 | 4.36 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 9.90 | 9.90 | 9.90 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 2,037.08 | 2,037.08 | 2,037.08 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 7,349.00 | 7,385.28 | 7,385.28 | 623.90 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 4,969.00 | 4,999.32 | 4,999.32 | 422.33 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 3,631.00 | 3,566.99 | 3,566.99 | 301.33 |
| 4 | PNC BANK | 7100-000 | 11,805.00 | 10,054.08 | 10,054.08 | 849.35 |
| 5 | FIA Card Services, NA/Bank of America | 7100-000 | 11,266.00 | 11,058.80 | 11,058.80 | 934.22 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | 11,805.00 | 11,588.45 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 50,825.00 | 48,652.92 | 37,064.47 | 3,131.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-76332  
**Case Name:** HARRIS, ANITA  

**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/03/11  
**Claims Bar Date:** 05/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 5148 Diane Ct Rockford, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 97,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | PNC Bank Bank - checking account<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | PNC Bank - savings<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Riverside Community Bank - checking<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Named on 89- year old grandmother's account for<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Custodian for minor son's college savings accoun<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal complement of household goods<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. musical equipment<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | State Farm - Term insurance (minor son is benefi<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | DA | 0.00 | FA |
| 11 | Potential 2010 tax refund<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 3,300.00 | DA | 5,168.00 | FA |
| 12 | 2010 Hyundai Accent | 13,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 11/08/2011 11:11 AM    V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-76332  
**Case Name:** HARRIS, ANITA  

**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/03/11  
**Claims Bar Date:** 05/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Home computer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 14 | 1 cat<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 20.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.21 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$118,021.00** | **$3,521.00** | | **$5,168.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 1, 2011    **Current Projected Date Of Final Report (TFR):**   August 16, 2011  (Actual)

Printed: 11/08/2011 11:11 AM    V.12.57

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 10-76332 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | HARRIS, ANITA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-65 - Money Market Account |
| Taxpayer ID #: | **-***9870 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/03/11 | {11} | Anita M. Harris | income tax refund 2010 | 1124-000 | 5,168.00 | | 5,168.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,168.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,168.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,168.11 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76332, Bond #016018067 | 2300-000 | | 4.36 | 5,163.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,163.79 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,163.83 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.90 | 5,153.93 |
| 08/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,153.95 |
| 08/16/11 | | To Account #9200******7666 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 5,153.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,168.21 | 5,168.21 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,153.95 | |
| | | | Subtotal | | 5,168.21 | 14.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,168.21 | $14.26 | |

{} Asset reference(s)    Printed: 11/08/2011 11:11 AM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-76332  **Trustee:** JAMES E. STEVENS (330420)
**Case Name:** HARRIS, ANITA  **Bank Name:** The Bank of New York Mellon
  **Account:** 9200-******76-66 - Checking Account
**Taxpayer ID #:** **-***9870  **Blanket Bond:** $372,000.00 (per case limit)
**Period Ending:** 11/08/11  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/11 | | From Account #9200******7665 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 5,153.95 | | 5,153.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,128.95 |
| 09/22/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 5,153.95 |
| 09/26/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $756.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 756.00 | 4,397.95 |
| 09/26/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,266.82, Trustee Compensation; Reference: | 2100-000 | | 1,266.82 | 3,131.13 |
| 09/26/11 | 103 | Commerce Bank | Dividend paid 8.44% on $7,385.28; Claim# 1; Filed: $7,385.28; Reference: | 7100-000 | | 623.90 | 2,507.23 |
| 09/26/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid 8.44% on $4,999.32; Claim# 2; Filed: $4,999.32; Reference: | 7100-000 | | 422.33 | 2,084.90 |
| 09/26/11 | 105 | Chase Bank USA, N.A. | Dividend paid 8.44% on $3,566.99; Claim# 3; Filed: $3,566.99; Reference: | 7100-000 | | 301.33 | 1,783.57 |
| 09/26/11 | 106 | PNC BANK | Dividend paid 8.44% on $10,054.08; Claim# 4; Filed: $10,054.08; Reference: | 7100-000 | | 849.35 | 934.22 |
| 09/26/11 | 107 | FIA Card Services, NA/Bank of America | Dividend paid 8.44% on $11,058.80; Claim# 5; Filed: $11,058.80; Reference: | 7100-000 | | 934.22 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 5,153.95 | 5,153.95 | $0.00 |
| Less: Bank Transfers | 5,153.95 | 0.00 | |
| **Subtotal** | 0.00 | 5,153.95 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,153.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******76-65** | 5,168.21 | 14.26 | 0.00 |
| **Checking # 9200-******76-66** | 0.00 | 5,153.95 | 0.00 |
| | $5,168.21 | $5,168.21 | $0.00 |

{} Asset reference(s) Printed: 11/08/2011 11:11 AM V.12.57